UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 17-0596-AG(JCGx) |
| | SACV 17-0674-AG(JCGx) |
| | EDCV 17-0744-AG(JCGx) |
| | CV 17-2945-AG(JCGx) |
| | CV 17-2948-AG(JCGx) |
| | CV 17-2951-AG(JCGx) |
| | CV 17-2953-AG(JCGx) |
| | CV 17-2959-AG(JCGx) |
| | CV 17-2961-AG(JCGx) |
| | CV 17-2968-AG(JCGx) |

Date   October 2, 2017

Title
XR COMMUNICATIONS, LLC v D-LINK SYSTEMS, INC
XR COMMUNICATIONS, LLC v BELKIN INTERNATIONAL
XR COMMUNICATIONS, LLC v NEWO CORPORATION
XR COMMUNICATIONS, LLC v ARUBA NETWORKS, INC
XR COMMUNICATIONS, LLC v ASUS COMPUTER INTERNATIONAL, ET AL
XR COMMUNICATIONS, LLC v CISCO SYSTEMS, INC
XR COMMUNICATIONS, LLC v EXTREME NETWORKS INC
XR COMMUNICATIONS, LLC v NETGEAR, INC
XR COMMUNICATIONS, LLC v RUCKUS WIRELESS, INC
XR COMMUNICATIONS, LLC v UBIQUITI NETWORKS, INC

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Reza Mirzaie
Kent Shum

Attorneys Present for Defendants:

SACV 17-0596: Polene Liu
SACV 17-0674: Matthew Yungwirth, PHV
EDCV 17-0744: Michael Piazza, PHV; Jeff Cole, PHV
CV 17-2945: Robert Haslam
CV 17-2948: Jonathan Waldrop; Jack Shaw
CV 17-2951: Sarah Piepmeier; Sarah Forney
CV 17-2953: Andrew Thomases
CV 17-2959: Matthew Yungwirth, PHV
CV 17-2961: Don Livornese
CV 17-2968: Buzz Frahn, PHV

**Proceedings:**   SCHEDULING CONFERENCE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-0596-AG(JCGx)<br>SACV 17-0674-AG(JCGx)<br>EDCV 17-0744-AG(JCGx)<br>CV 17-2945-AG(JCGx)<br>CV 17-2948-AG(JCGx)<br>CV 17-2951-AG(JCGx)<br>CV 17-2953-AG(JCGx)<br>CV 17-2959-AG(JCGx)<br>CV 17-2961-AG(JCGx)<br>CV 17-2968-AG(JCGx) | Date | October 2, 2017 |
| Title | XR COMMUNICATIONS, LLC v D-LINK SYSTEMS, INC<br>XR COMMUNICATIONS, LLC v BELKIN INTERNATIONAL<br>XR COMMUNICATIONS, LLC v NEWO CORPORATION<br>XR COMMUNICATIONS, LLC v ARUBA NETWORKS, INC<br>XR COMMUNICATIONS, LLC v ASUS COMPUTER INTERNATIONAL, ET AL<br>XR COMMUNICATIONS, LLC v CISCO SYSTEMS, INC<br>XR COMMUNICATIONS, LLC v EXTREME NETWORKS INC<br>XR COMMUNICATIONS, LLC v NETGEAR, INC<br>XR COMMUNICATIONS, LLC v RUCKUS WIRELESS, INC<br>XR COMMUNICATIONS, LLC v UBIQUITI NETWORKS, INC | | |

Cause is called for hearing. Court and counsel confer. The Court orders that all cases listed above are ordered consolidated into the lead case, SACV 17-0596-AG(JCGx) for all purposes except for trial..

The Court sets case SACV 17-0596-AG(JCGx) for a 5 day jury trial on March 19, 2019 at 9:00 a.m.  The pretrial conference will March 4, 2019 at 8:30 a.m. If this case settles, the next lowest case number will go to trial on the March 19, 2019 date.

Counsel stipulate and the Court orders ADR #3 before a private mediator for all cases except for case CV 17-2953 which shall use ADR #2 before the Court's mediation panel.

cc: ADR

4 min each case

: 40

Initials of Preparer  lmb