**JS-6/STAYED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | SACV 17-0596 AG (JGCx) <br> CV 17-2953-AG(JCGx) | Date | May 22, 2018 |
|---|---|---|---|
| Title | XR COMMUNICATIONS, LLC v. D-LINK SYSTEMS, INC. <br> XR COMMUNICATIONS, LLC v EXTREME NETWORKS, INC | | |

Present: The Honorable   ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER RE STAY OF ALL CONSOLIDATED CASES**

On April 10, 2018, the Court issued an Order staying this action as to all consolidated defendants. (Dkt. 153.) Consistent with that Order, the following matters are stayed and administratively closed pending termination of the IPR proceedings initiated by some of the consolidated defendants against the asserted patents:

| Case Name | Case Number |
|---|---|
| XR Communications, LLC v. Aruba Networks, Inc. | 2:17-cv-02945 AG (JCGx) |
| XR Communications, LLC v. Asus Computer International, et al | 2:17-cv-02948 AG (JCGx) |
| XR Communications, LLC v. Belkin International, Inc. | 8:17-cv-00674 AG (JCGx) |
| XR Communications, LLC v. Cisco Systems Inc | 2:17-cv-02951 AG (JCGx) |
| XR Communications, LLC v. Extreme Networks, Inc. | 2:17-cv-02953 AG (JCGx) |
| XR Communications, LLC v. Netgear, Inc | 2:17-cv-02959 AG (JCGx) |
| XR Communications, LLC v. NEWO Corporation | 5:17-cv-00744 AG (JCGx) |
| XR Communications, LLC v. Ubiquiti Networks, Inc. | 2:17-cv-02968 AG (JCGx) |

As noted in the Court's Order, a status conference related to these consolidated actions is set for October 22, 2018 at 9:00 AM with a joint consolidated status report, not to exceed ten pages, due October 17, 2018.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |